**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alejandro Gongora ORTIZ, a.k.a. Cano,**
**a.k.a. Chano, Defendant–Appellant.**

**No. 05–15246**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 28, 2007.

Daniel J. Fernandez, Fernandez & Benito, P.A., Tampa, FL, for Defendant–Appellant.

Karin B. Hoppmann, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Daniel J. Fernandez, retained counsel for Alejandro Gongora Ortiz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ortiz's conviction and sentence are **AFFIRMED.**